```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
               07-CV-1963(JMR/RLE)
```

Wayne Zych, Michael Currence,  )
Whempner Brothers, Sisseton    )
Livestock, Inc., Carson        )
Larson, Marion Blom, Gregory   )
A. Jensen, Fredin Brothers,    )
Inc., Keith Kvistero, and      )
Roger Stotts                   )
                               )
            v.                 )     ORDER
                               )
National Beef Packing          )
Company, L.L.C.                )

This matter is before the Court for consideration of the Report and Recommendation issued by the Honorable Raymond L. Erickson, United States Chief Magistrate Judge, on December 3, 2009 [Docket No. 172]. Defendant timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that defendant's motion for summary judgment [Docket No. 139] is granted in part and denied in part. Summary judgment is granted as to the claims based upon apparent agency, but denied as to the claims based upon actual agency.

Dated: February 3, 2010

                              s/ JAMES M. ROSENBAUM
                              JAMES M. ROSENBAUM
                              United States District Judge